UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. FLETCHER, JR.,<br><br>                      Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC.,<br><br>                      Defendant. | Case No.: 3:24-cv-1620-RSH-JLB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On January 29, 2025, the Parties filed a Joint Motion for Dismissal with Prejudice. ECF No. 9. The Motion satisfies the requirements of Rule 41(a)(1)(A)(ii) and is effective on filing. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The action, in its entirety, is hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs and attorneys' fees. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED**.

Dated: January 29, 2025

                                                                             *Robert S. Huie*
                                                      _____
                                                      Hon. Robert S. Huie
                                                      United States District Judge